UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/2020

UNITED STATES OF AMERICA,
Plaintiff,

v.

CORRUGATED PAPER
MANUFACTURERS ASSOCIATION, INC.
Defendant.

In Equity No. 20-329

## [PROPOSED] ORDER TERMINATING FINAL JUDGMENT

The Court having received the motion of plaintiff United States of America for termination of the final judgment entered in the above-captioned case, and the Court having considered all papers filed in connection with this motion, and the Court finding that it is appropriate to terminate the final judgment, it is

**ORDERED, ADJUDGED, AND DECREED:**

That said final judgment is hereby terminated.

The Clerk of Court is directed to close case 20-MC-0037.

Dated: February 4, 2020

_____
United States District Court Judge
Southern District of New York

LAURA TAYLOR SWAIN, U.S.D.J